# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| **ILLINOIS UNION INSURANCE COMPANY,** | Civil Action File No.: 2:20-cv-04468-BHH |
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL |
| **FRIENDS OF GREELEYVILLE, INC., f/k/a SONS OF GREELYVILLE, INC. d/b/a MISS VICTORIA'S RIVER ROAD SALOON and HERMAN J. PRICE,** | |
| Defendants. | |

Pursuant to Rule 41(a) of the Fed. R. Civ. P., Plaintiff Illinois Union Insurance Company, by and through undersigned counsel, hereby dismisses this action with prejudice. Defendant Herman J. Price consents to the dismissal with prejudice,[1] with the parties agreeing that each shall bear its own attorneys' fees, expenses and costs.

So stipulated this 13th day of December, 2021.

        WEINBERG, WHEELER, HUDGINS,
        GUNN & DIAL, LLC

        */s/ John C. Bonnie*
        John C. Bonnie (District Court Id. No. 9311)
        SC Bar No. 62997
        3344 Peachtree Road NE, Suite 2400
        Atlanta, Georgia 30326
        404-876-2700 – telephone
        jbonnie@wwhgd.com

        *Counsel for Illinois Union Insurance Company*

---

[1] Defendant Friends of Greeleyville, Inc. f/k/a Sons of Greelyville, Inc. d/b/a Miss Victoria's River Road Saloon did not respond to the Complaint in this matter, and has not otherwise appeared.

WILLIAMS & WILLIAMS

*/s/ J. Andrew Delaney*
*(signed with express permission by John C. Bonnie)*
J. Andrew Delaney (District Court Id. No. 9505)
David R. Williams (District Court Id. No. 10651)
1281 Russell Street (29115)
P.O. Box 1084
Orangeburg, South Carolina 29116
803-534-5218 – telephone
andy@williamsattys.com

ROGERS LEWIS JACKSON MANN & QUINN, LLC

Stephen D. Porter (District Court Id. No. 9100)
1901 Main Street, Suite 1200
Columbia, South Carolina 29201
803-256-1268 – telephone
sporter@rogerslweis.com

*Counsel for Herman J. Price*